ORIGINAL

**18 MAG 2581**

Approved: _____
SHEB SWETT
Assistant United States Attorney

Before:   HONORABLE BARBARA C. MOSES
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA               :
                                       :   **SEALED COMPLAINT**
        - v. -                         :
                                       :   18 Mag.
HEYDER RENTERÍA SOLÍS,                 :
FERNEY SALAS TORRES, and               :   Violation of 46 U.S.C.
SAUL CALONJES SALAS,                   :   §§ 70503(a)(1),
                                       :   70504(b)(2), and
                        Defendants.    :   70506(a)&(b)
                                       :
                                       :
- - - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

        PATRICK INNESS, being duly sworn, deposes and says that he is a Special Agent with the Drug Enforcement Administration ("DEA"), and charges as follows:

                        COUNT ONE

        1.   In or about March 2018, in the Southern District of New York and elsewhere, HEYDER RENTERÍA SOLÍS, FERNEY SALAS TORRES, and SAUL CALONJES SALAS, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the maritime drug enforcement laws of the United States.

        2.   It was a part and an object of the conspiracy that HEYDER RENTERÍA SOLÍS, FERNEY SALAS TORRES, and SAUL CALONJES SALAS, the defendants, and others known and unknown, would and did manufacture and distribute, and possess with intent to manufacture and distribute, a controlled substance on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1).

3. The controlled substance that HEYDER RENTERÍA SOLÍS, FERNEY SALAS TORRES, and SAUL CALONJES SALAS, the defendants, conspired to manufacture and distribute, and possess with intent to manufacture and distribute, on board a vessel subject to the jurisdiction of the United States, was five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B).

(Title 46, United States Code, Sections 70506(b) & 70504(b)(2).)

COUNT TWO

4. In or about March 2018, in the Southern District of New York and elsewhere, HEYDER RENTERÍA SOLÍS, FERNEY SALAS TORRES, and SAUL CALONJES SALAS, manufactured and distributed, and possessed with intent to manufacture and distribute, while aboard a vessel subject to the jurisdiction of the United States, five kilograms and more of mixtures and substances containing a detectable amount of cocaine.

(Title 46, United States Code, Sections 70503(a)(1), 70504(b)(2), 70506(a); and Title 18, United States Code, Section 2.)

The bases for my knowledge and the foregoing charge are, in part, as follows:

5. I am a Special Agent with the DEA. This Affidavit is based upon my personal participation in the investigation, my examination of reports and records, and my conversations with other law enforcement agents and other individuals. Because this Affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

6. Based on my participation in the investigation, my conversations with other law enforcement agents, and my review of documents obtained during the investigation, I have learned, among other things, the following:

a. On or about March 17, 2018 a Joint Interagency Task Force South aircraft (the "Aircraft") was on routine patrol approximately 140 nautical miles south of the border between Costa Rica and Panama. While in that location, an occupant of the Aircraft observed what appeared to be a go-fast boat (the "Go-Fast Boat") in the water. The Aircraft communicated this information to the Coast Guard, which dispatched a Coast Guard cutter (the "Cutter") to intercept the Go-Fast Boat. Occupants of the Aircraft also observed occupants of the Go-Fast Boat jettison packages into the ocean.

b. As the Cutter approached the Go-Fast Boat, the Cutter launched a patrol boat (the "Patrol Boat"), which proceeded to intercept the Go-Fast Boat. Occupants of the Patrol Boat gained control over the Go-Fast Boat and a boarding team (the "Boarding Team") from the Patrol Boat conducted a right of visit boarding of the Go-Fast Boat.

c. Onboard the Go-Fast Boat, the Boarding Team encountered HEYDER RENTERÍA SOLÍS, FERNEY SALAS TORRES, and SAUL CALONJES SALAS, the defendants, all of whom claimed Colombian nationality for themselves and for the vessel. The Boarding Team observed, however, that the Go-Fast Boat had was not flying a flag of any country, had no registration documents, and had no registration number or homeport on the hull. The Coast Guard was unable to confirm or deny the nationality of the vessel and, therefore, determined to treat the vessel as having no nationality and subject to the jurisdiction of the United States, pursuant to Title 46, United States Code, Section 70502(c)(1).

d. The Boarding Team seized 34 bales (the "Bales") from the Go-Fast Boat. Samples from the Bales were field-tested and tested positive for the presence of cocaine. In total, the Bales contained approximately 954 kilograms of cocaine.

WHEREFORE, the deponent respectfully requests that warrants be issued for the arrests of HEYDER RENTERÍA SOLÍS, FERNEY SALAS TORRES, and SAUL CALONJES SALAS, the defendants, and that they be imprisoned or bailed, as the case may be.

_____
PATRICK INNESS
Special Agent
Drug Enforcement Administration

Sworn to before me this
28th day of March, 2018

_____
HONORABLE BARBARA C. MOSES
United States Magistrate Judge
Southern District of New York