# Exhibit A

From: Luisa Fernandez                                          2/17/2019

Warm Greetings Senor Judge,

By this I am writing to ask of you to have a little compassion with my husband being that he was obligated to do such fact.

For Circumstances that would fall out of his hands. In these moments my kids and I are going through tough times in need. Being that my husband was the man of the house my kids miss him a lot they need their father being that they're at an age where they need the most support of their father. I ask of you from my heart that you would collaborate with us Mister Judge, We really need my husband soon with us. My mother as well needs my husband and her other son as well. Being that they both were the one who responded for her. She already at a third age, in where she has no other support if it's not of her son's which who are in these moments away.

IN these times we are going through financial difficulties being that we don't have any type pf income. I don't know how to respond to my kids that I don't have the means to give them for their breaks, for their transportation to school. In this time we live to pay rent that even with that I don't have the means to pay. I need my husband already being that he's my right hand man, He is a very good man.  Who doesn't harm anyone and yes I'm aware that he committed a big mistake but it's not because he wanted to but under the circumstances it  was out of his control he did it to protect me and my kids. I await that you understand us a little Mister Judge. Beforehand Mister Judge I ask that you collaborate with us in the best way that my husband could be with us soon.


This is all for the moment, I hope that you find yourself very well.


Sincerely the Saul Calonjes Family.